

JUL 18 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. |
| | § | |
| FERNANDO MENDOZA-TRUJILLO | § | 18CR 406 |
| JAVIER GONZALEZ-HIDALGO | § | |
| JOSE AVERY CRUZ | § | |
| EDUARDO AVONCE-ROMERO | § | |
| ROBERTO CORREA-RODRIGUEZ | § | |

## INDICTMENT

The Grand Jury charges that:

On or about June 19, 2018, within the Southern District of Texas, the defendant,

**FERNANDO MENDOZA-TRUJILLO,
JAVIER GONZALEZ-HIDALGO,
JOSE AVERY CRUZ,
EDUARDO AVONCE-ROMERO,
and
ROBERTO CORREA-RODRIGUEZ,**

did unlawfully, knowingly and intentionally combine, conspire, confederate, agree and have a tacit agreement with each other and with others known and unknown to commit an offense against the United States, namely, transporting and harboring aliens illegally within the United States contrary to 8 U.S.C. 1324(a)(1)(A)(ii) and (iii).

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
DOUGLAS DAVIS
Assistant United States Attorney